FORM 1
Page No.: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 23-53025 | | | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|---|---|
| Case Name: | GUTHRIE, MELISSA DAWN | | | Date Filed (f) or Converted (c): | 08/31/2023 (f) |
| For the Period Ending: | 09/30/2023 | | | §341(a) Meeting Date: | 10/03/2023 |
| | | | | Claims Bar Date: | 01/11/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2008 Jeep Liberty Mileage: 192500 Other Information: Location: 46407 C.R. 501, Apartment 2, Coshocton OH 43812 | $4,035.00 | $0.00 | | $0.00 | FA |
| 2 | Living room furnishings, kitchen furnishings, bedroom furnishings and wall decor for a three room apartment | $1,000.00 | $0.00 | | $0.00 | FA |
| 3 | Star wars memorabilia | $200.00 | $0.00 | | $0.00 | FA |
| 4 | Two handguns | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Shirts, pants, Jackets, dresses, coats, shoes | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Earrings, Necklace, Watch, rings | $250.00 | $0.00 | | $0.00 | FA |
| 7 | Checking 0120 Homeloan Savings Bank 413 Main Street Coshocton, Ohio 43812 | $426.09 | $0.00 | | $0.00 | FA |
| 8 | Discover Garnishment | $771.57 | $771.57 | | $0.00 | $771.57 |

**TOTALS (Excluding unknown value)**                                                                  **Gross Value of Remaining Asset**

|  | $7,082.66 | $771.57 | | $0.00 | $771.57 |
|---|---|---|---|---|---|

| Initial Projected Date Of Final Report (TFR): | 03/29/2024 | Current Projected Date Of Final Report (TFR): | 09/06/2024 | /s/ BRENT A. STUBBINS |
|---|---|---|---|---|
| | | | | BRENT A. STUBBINS |